# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action |
| KAPLAN (sic) STEWART METLOFF, | : | No. 17-3156 |
| REITER & STEIN, P.C., et al., | : | |
| Defendants. | : | |

## **ORDER**

This 9th day of January, 2018, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 13, 14, 15) are **GRANTED**. The case is **DISMISSED** for lack of subject matter jurisdiction.

    /s/ Gerald Austin McHugh
United States District Judge